# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10441
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 30, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ARTURO CATALAN-NAVA,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CR-305-1

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

Arturo Catalan-Nava appeals his 24-month sentence of imprisonment. Given that Catalan-Nava has been released from prison and is not serving a term of supervised release, his appeal is moot. *See United States v. Clark*, 193 F.3d 845, 847-48 (5th Cir. 1999).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.